U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **RANDALL K. ROMERO** | **CIVIL ACTION NO. 07-0234** |
| **VS.** | **JUDGE TRIMBLE** |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE METHVIN** |

## J U D G M E N T

The foregoing unopposed motion to remand filed by the Commissioner having been considered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the action herein is **REMANDED** to the Commissioner for further administrative action pursuant to the sixth sentence of the 42 U.S.C. § 405(g). This order of remand is not a final judgment. Thus, the Commissioner is further **ORDERED** to file any "additional or modified findings of facts and decision and a transcript with the additional record and testimony . . ." 42 U.S.C. § 405(g). Upon conclusion of the post-remand proceedings, the Commissioner shall report, **within 60 days**, to the Court what action has been taken, so that a final judgment affirming, modifying or reversing the Commissioner's decision may be entered by this Court.

Lake Charles, Louisiana this 9th day of October, 2007.

_____
**JAMES TRIMBLE**
UNITED STATES DISTRICT COURT