RECEIVED
IN ALEXANDRIA, LA.
JUL 0 1 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RANDALL K. ROMERO<br>    Appellant | CIVIL ACTION<br>NO. 07-0234 |
| VERSUS | |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Romero's appeal be GRANTED; the final decision of the Commissioner be REVERSED AND VACATED; and, the case be REMANDED for a calculation of benefits.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of July, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE