RECEIV
IN ALEXANDR
JAN 2 6 2010
TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RANDALL K. ROMERO | CIVIL ACTION NO. 07-0234 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| MICHAEL J. ASTRUE<br>COMMISSIONER | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's Motion for Attorney Fees under EAJA [34] is GRANTED and that attorney's fees in the amount of $6,168.75 and costs in the amount of $366.53 for a total of $6,535.28 are AWARDED and ORDERED paid.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of January 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE