RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  3 / 21 / 12
      JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RANDALL K. ROMERO | CIVIL ACTION NO. 07-0234 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Romero's petition for market rate attorney's fees under 28 U.S.C. §2412(b) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of March 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE