RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK

DATE __3__/__21__/__12__
_____3013_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RANDALL K. ROMERO

CIVIL ACTION NO. 07-0234

VERSUS

DISTRICT JUDGE JAMES T. TRIMBLE JR

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Romero's petition for market rate attorney's fees under 28 U.S.C. §2412(b) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of ___March___ 2012.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE